## Wilson, Appellant, *v.* Hane.

Argued April 26, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Fred T. Cadmus, III,* for appellant.

*Carolus A. Wade,* for appellees.

OPINION PER CURIAM, July 1, 1968:
Decree affirmed. Appellant to pay costs.